**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CIVIL CASE NO. 1:21-cv-00217-MR-WCM**

| | | |
|---|---|---|
| **JAMES BRADLEY OWEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **CHRISTOPHER M. GOODWIN, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Motion to Dismiss for Lack of Personal Jurisdiction and Insufficiency of Service of Process by Benjamin Hawkins, Christopher Goodwin, Jacob Tipton, and Nicholas Newell (the "Motion to Dismiss") [Doc. 19] and the Magistrate Judge's Memorandum and Recommendation [Doc. 26] regarding the disposition of that motion.

Pursuant to 28 U.S.C. § 636(b) and the standing Orders of Designation of this Court, the Honorable W. Carleton Metcalf, United States Magistrate Judge, was designated to consider the above-referenced motion and to submit a recommendation for its disposition.

On May 5, 2022, the Magistrate Judge filed a Memorandum and Recommendation in this case containing conclusions of law in support of a

recommendation regarding the Defendants' motion. [Doc. 26]. The parties were advised that any objections to the Magistrate Judge's Memorandum and Recommendation were to be filed in writing within fourteen (14) days of service. The period within which to file objections has now expired, and no written objections to the Memorandum and Recommendation have been filed.

After a careful review of the Magistrate Judge's Recommendation, the Court finds that the proposed conclusions of law are consistent with current case law. Accordingly, the Court hereby accepts the Magistrate Judge's recommendation regarding the pending motion.

**IT IS, THEREFORE, ORDERED** that the Memorandum and Recommendation [Doc. 26] is **ACCEPTED**, and the Motion to Dismiss for Lack of Personal Jurisdiction and Insufficiency of Service of Process by Benjamin Hawkins, Christopher Goodwin, Jacob Tipton, and Nicholas Newell [Doc. 19] is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Plaintiff shall complete service on Defendants Hawkins, Goodwin, Tipton, and Newell, and to file proof of the same, within 30 days of the entry of this Order. No further extensions of the deadline for service will be allowed absent extraordinary circumstances.

**IT IS SO ORDERED.**

Signed: May 27, 2022

Martin Reidinger
Chief United States District Judge