THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil Action No. 1:21-cv-217

| | |
|---|---|
| JAMES BRADLEY OWEN<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER GOODWIN ET. AL.<br><br>Defendant. | **PLAINTIFF'S MOTION<br>FOR FINAL JUDGMENT** |

NOW COMES Plaintiff, by and through undersigned counsel, and hereby moves this Honorable Court for an Order of Final Judgment and a finding of no just reason for delay with regard to Plaintiff's claims against Defendants pursuant to the Memorandum of Decision and Order issued by the Court on September 29, 2023. In the Memorandum dated September 29, 2023, the Court dismissed all of Plaintiff's claims in this matter. Further, Plaintiff requests this matter be stayed as to adjudication of Defendant's counterclaims pending the appeal in this matter.

Plaintiff's request is appropriate given the holding in Norris Manufacturing Company v. R.E. Darling Co., Inc., 315 F.2d 633 (1963). In Norris, similar to this case, the Court ruled in favor of one party on a Motion for Summary Judgment. Plaintiff's complaint had one single claim and the Court found in favor of Plaintiff on the Motion for Summary Judgment. Defendant, however, had multiple claims

that remained pending after the ruling on the Motion for Summary Judgment. The U.S. Court of Appeals held that the Court's Order constituted a final adjudication of Plaintiff's entire claim, and since the District Court determined there was no just cause for delay, and has directed entry of judgment, the orders have clearly been made final and appealable under Rule 54(b). *Id.* at 635. Further, the court stated "plaintiff's claim, of course, was a single one, but the action became one involving multiple claims when the counterclaims were filed. Rule 54(b) governs such multiple cross claims, so that an order disposing finally of the plaintiff's single claim becomes final and appealable if…the District Court makes the requisite determination and direction. *Id*.

WHEREFORE, the undersigned prays Order of the Court granting the relief requested.

This the ____ day of November, 2023.

**LINDSAY LAW, PLLC**

s/Stephen P. Lindsay_____
STEPHEN P. LINDSAY
NC Bar #13017
MARY ANN J. HOLLOCKER
NC Bar #47812
46 Haywood Street, Suite 200
Asheville, N.C. 28801
P: 828-349-6400 / F: 828-349-6401
spl@lindsaylaw.org
*Attorney for the Defendant*

## CERTIFICATE OF SERVICE

On the date referenced above, I served a copy of this motion on all parties through counsel via CM/ECF Pacer filing system.


s/Stephen P. Lindsay____
Stephen P. Lindsay